# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2008

135019

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JON JENKINS,
         Plaintiff-Appellee,

v

CHARLES KOESTER,
         Defendant,

and

FARM BUREAU INSURANCE
COMPANY,
         Defendant-Appellant.

SC: 135019
COA: 268175
Genesee CC: 04-078388-NI

_____/

On order of the Court, the application for leave to appeal the August 28, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

TAYLOR, C.J., and YOUNG, J., would reverse this case for the reasons stated in the Court of Appeals dissenting opinion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2008

_____
Clerk

p0117